### STATE OF CONNECTICUT *v.* DELMAR EARL JONES

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 807 (AC 12172), is denied.

*Margaret P. Levy,* in support of the petition.

*David J. Sheldon,* deputy assistant state's attorney, in opposition.